THEODORA R. LEE, Bar No. 129892
PAUL R. LYND, Bar No. 202764
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108
Telephone: 415.433.1940
Fax: 415.399.8490
Email: tlee@littler.com
Email: plynd@littler.com

Attorneys for Defendants
STRYKER CORPORATION and MICHAEL
IRIGARAY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CAPRETTO, JR.,<br><br>Plaintiff,<br><br>v.<br><br>STRYKER CORPORATION,<br>MICHAEL IRIGARAY,<br>and Does 1-50, inclusive,<br><br>Defendants. | Case No. C 07 3390 WDB<br><br>**PROOF OF SERVICE BY COURIER** |

I am employed by Toshi's Legal Connection in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. On June 28, 2007, I personally served a true and correct copy of the within document(s):

**NOTICE OF REMOVAL OF CIVIL ACTION ON THE BASIS OF DIVERSITY JURISDICTION PURSUANT TO 28 U.S.C. § 1441(b) [FRAUDULENT JOINDER]**

**NOTICE TO ADVERSE PARTY OF FILING OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**

**CIVIL COVER SHEET**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

PROOF OF SERVICE BY COURIER

1   **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES
     MAGISTRATE JUDGE FOR TRIAL**

2

3   **ECF REGISTRATION INFORMATION HANDOUT**

    in a sealed envelope, addressed as follows:

4

5   Randal M. Barnum, Esq.
    Law Offices of Randal M. Barnum
    279 East H. Street

6   Benicia, CA  94510

7       Executed on June 28, 2007, at San Francisco, California.

8

9

10                                          [Signature]
                                   Toshi's Legal Connection

11

Firmwide:82704639.1 028459.1011

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA  95113.2303
408.998.4150

2.     PROOF OF SERVICE BY COURIER