1  THEODORA R. LEE, Bar No. 129892
   PAUL R. LYND, Bar No. 202764
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108
4  Telephone:   415.433.1940
   Fax:         415.399.8490
5  Email:       tlee@littler.com
   Email:       plynd@littler.com
6
   Attorneys for Defendants
7  STRYKER CORPORATION and MICHAEL
   IRIGARAY
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 
   ROBERT CAPRETTO, JR.,                    Case No. C 07 3390 WDB
13
              Plaintiff,                    **DECLINATION TO PROCEED BEFORE A**
14                                          **MAGISTRATE JUDGE AND REQUEST**
       v.                                   **FOR REASSIGNMENT TO A UNITED**
15                                          **STATES DISTRICT JUDGE**
   STRYKER CORPORATION,
16 MICHAEL IRIGARAY,
   and Does 1-50, inclusive,
17
              Defendants.
18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA  95113 2303
408.998.4150

**DECLINATION TO PROCEED BEFORE A
MAGISTRATE JUDGE**

1  DEFENDANTS STRYKER CORPORATION AND MICHAEL IRIGARAY hereby
2  decline to consent to the assignment of this case to a United States Magistrate Judge for trial and
3  disposition and hereby requests the reassignment of this case to a United States District Judge.
4  Dated: June 29, 2007

```
                                    THEODORA R. LEE
                                    LITTLER MENDELSON
                                    A Professional Corporation
                                    Attorneys for Defendants
                                    STRYKER CORPORATION and MICHAEL
                                    IRIGARAY
```

Firmwide:82716005.1 028459.1011

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

2.  DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE