UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT CAPRETTO, JR.,

    Plaintiff,

    v.

STRYKER CORPORATION, et al.,

    Defendants.
_____/

No.  C 07-3390   WDB

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge.  The case management conference set for October 1, 2007, at 4:00 p.m. is vacated.

Dated:  July 3, 2007

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By:  SarahWeinstein
     Law Clerk

Copies to:
    All parties
    WDB
    Stats