RANDAL M. BARNUM, Esq.
State Bar No. 111287
Law Offices of RANDAL M. BARNUM
279 East H Street
Benicia, CA 94510
Phone: 707/745-3747
Fax No: 707/745-4580

Attorneys for Plaintiff,
Robert Capretto, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO)

| | |
|---|---|
| ROBERT CAPRETTO, JR., | Case No. C 07-03390 WHA |
| Plaintiff, | [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND CASE TO STATE COURT |
| vs. | |
| STRYKER CORPORATION, et al., | |
| Defendant. | |

The Motion of plaintiff Robert Capretto, Jr. to remand case to state court and attorney fees was regularly noticed for hearing.

Good cause appearing therefore, it is ordered that plaintiff's motion is **GRANTED** and this case shall be remanded to the Solano County Superior Court.

It is further ordered that pursuant to 28 USC §1447(c) plaintiff is awarded attorney fees incurred with the improper removal and motion for remand in the amount of $4,740 against defendant Stryker Corporation.

Dated: _____, 2007

Hon. William Alsup, Judge of the
United States District Court