IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CAPRETTO, | No. C 07-03390 WHA |
| Plaintiff, | |
| v. | **CLERK'S NOTICE RESCHEDULING HEARING TIME** |
| STRYKER CORPORATION, et al., | |
| Defendant. | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

YOU ARE NOTIFIED THAT the Plaintiff's Motion to Remand and For Attorney Fees previously set for September 6, 2007 at 8:00 a.m. has been rescheduled for **September 6, 2007 at 2:00 p.m.**, before the Honorable William Alsup.  Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated:  August 22, 2007                                          FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
Dawn Toland
Courtroom Deputy to the
Honorable William Alsup